**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

MICHELLE PETTIT a/k/a ANGEL SHULER,

Plaintiff,

Docket: 26-cv-04738-SJB-ARL

-against-

COUNTY OF NASSAU, NASSAU COUNTY SHERIFF ANTHONY J. LAROCCA, in his individual and official capacities, CORPORAL KNIGHT and CORRECTION OFFICER JOHN DOES #1-10 (fictitiously named), in their individual and official capacities,

Defendants.

---------------------------------------------------------------x

**ANSWER TO THE COMPLAINT**

Defendant County of Nassau, Defendant Corporal Knight.and Defendant Nassau County Sheriff Anthony J. LaRocca, appearing by their attorney, THOMAS A. ADAMS, Nassau County Attorney, and Deputy County Attorney Mohammad A. Tahir submit this Answer in response to the Complaint.

**AS AND FOR A RESPONSE TO "PRELIMINARY STATEMENT"**

1. Denies each and every allegation set forth in paragraph numbered "1" of the Complaint.
2. Denies each and every allegation set forth in paragraph numbered "2" of the Complaint and refers all questions of law to the Court.
3. Denies each and every allegation set forth in paragraph numbered "3" of the Complaint and refers all questions of law to the Court.

**AS AND FOR A RESPONSE TO "JURISDICTION"**

4. Denies each and every allegation set forth in paragraph numbered "4" of the Complaint and refers all questions of law to the Court.

5. Denies each and every allegation set forth in paragraph numbered "5" of the Complaint and refers all questions of law to the Court.

**AS AND FOR A RESPONSE TO "VENUE"**

6. Denies each and every allegation set forth in paragraph numbered "6" of the Complaint and refers all questions of law to the Court.

**AS AND FOR A RESPONSE TO "COMPLIANCE WITH NEW YORK GENERAL MUNICIPAL LAW"**

7. Denies each and every allegation set forth in paragraph numbered "7" of the Complaint except aver that a paper purporting to be a Notice of Claim was received by the office of the Nassau County Attorney, that 30 days have elapsed that the matter has not been resolved and refers all questions regarding its sufficiency to the Court.

8. Denies each and every allegation set forth in paragraph numbered "8" of the Complaint, except aver that Defendant COUNTY issued a subpoena and scheduled a 50-h hearing pursuant to Gen. Mun. Law § 50-h for February 27, 2026.

9. Denies each and every allegation set forth in paragraph numbered "9" of the Complaint except aver that a paper purporting to be a Notice of Claim was received by the office of the Nassau County Attorney, that 30 days have elapsed, that the matter has not been resolved and refers all questions regarding its sufficiency to the Court.

**AS AND FOR A RESPONSE TO "THE PARTIES**

10. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph numbered "10" of the Complaint.

11. Denies each and every allegation set forth in paragraph numbered "11" of the Complaint, except aver that Defendant, COUNTY OF NASSAU, was, and is, a municipal corporation organized and existing by virtue of the laws of the State of New York.

12. Denies each and every allegation set forth in paragraph numbered “12” of the Complaint except aver that Nassau County Sheriff’s Department is a subagency of Nassau County and refers all questions of law to the Court.
13. Denies each and every allegation set forth in paragraph numbered “13” of the Complaint except aver that ANTHONY J. LAROCCOA is the Sheriff of Nassau County.
14. Denies each and every allegation set forth in paragraph numbered “14” of the Complaint except aver that CORPORAL KNIGHT is employed by Nassau County.
15. Denies each and every allegation set forth in paragraph numbered “15” of the Complaint.
16. Denies each and every allegation set forth in paragraph numbered “16” of the Complaint.

**AS AND FOR A RESPONSE TO “FACTUAL ALLEGATIONS”**

17. Denies each and every allegation set forth in paragraph numbered “17” of the Complaint, except aver that NCCC is located at 100 Carman Avenue, East Meadow, New York and, on information, NCCC is an agency, subdivision, and/or instrumentality of Defendant COUNTY.
18. Denies each and every allegation set forth in paragraph numbered “18” of the Complaint, except admit that NCCC is located at 100 Carman Avenue, East Meadow, New York and, on information, NCCC is an agency, subdivision, and/or instrumentality of Defendant COUNTY.
19. Denies each and every allegation set forth in paragraph numbered “19” of the Complaint, except admit that NCCC is located at 100 Carman Avenue, East Meadow, New York and, on information, NCCC is an agency, subdivision, and/or instrumentality of Defendant COUNTY.

20. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph numbered "20" of the Complaint.
21. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph numbered "21" of the Complaint.
22. Denies each and every allegation set forth in paragraph numbered "22" of the Complaint.
23. Denies each and every allegation set forth in paragraph numbered "23" of the Complaint.
24. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph numbered "24" of the Complaint.
25. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph numbered "25" of the Complaint.
26. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph numbered "26" of the Complaint.
27. Denies each and every allegation set forth in paragraph numbered "27" of the Complaint.
28. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph numbered "28" of the Complaint.
29. Denies each and every allegation set forth in paragraph numbered "29" of the Complaint.
30. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph numbered "30" of the Complaint.
31. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph numbered "31" of the Complaint.
32. Denies each and every allegation set forth in paragraph numbered "32" of the Complaint.
33. Denies each and every allegation set forth in paragraph numbered "33" of the Complaint.
34. Denies each and every allegation set forth in paragraph numbered "34" of the Complaint.

35. Denies each and every allegation set forth in paragraph numbered “35” of the Complaint.

36. Denies each and every allegation set forth in paragraph numbered “36” of the Complaint.

37. Denies each and every allegation set forth in paragraph numbered “37” of the Complaint.

38. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph numbered “38” of the Complaint.

39. Denies each and every allegation set forth in paragraph numbered “39” of the Complaint.

40. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph numbered “40” of the Complaint.

41. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph numbered “41” of the Complaint.

42. Denies each and every allegation set forth in paragraph numbered “42” of the Complaint.

43. Denies each and every allegation set forth in paragraph numbered “43” of the Complaint, except aver that Nassau County provides competent medical and custodial care to their pre-trial detainees.

44. Denies each and every allegation set forth in paragraph numbered “44” of the Complaint.

45. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph numbered “45” of the Complaint.

46. Denies each and every allegation set forth in paragraph numbered “46” of the Complaint.

47. Denies each and every allegation set forth in paragraph numbered “47” of the Complaint.

48. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph numbered “48” of the Complaint.

49. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph numbered “49” of the Complaint.

50. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph numbered "50" of the Complaint.
51. Denies each and every allegation set forth in paragraph numbered "51" of the Complaint.
52. Denies each and every allegation set forth in paragraph numbered "52" of the Complaint.
53. Denies each and every allegation set forth in paragraph numbered "53" of the Complaint.
54. Denies each and every allegation set forth in paragraph numbered "54" of the Complaint.
55. Denies each and every allegation set forth in paragraph numbered "55" of the Complaint.
56. Denies each and every allegation set forth in paragraph numbered "56" of the Complaint.
57. Denies each and every allegation set forth in paragraph numbered "57" of the Complaint.
58. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "58" of the Complaint.
59. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "59" of the Complaint.
60. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "60" of the Complaint.
61. Denies each and every allegation set forth in paragraph numbered "61" of the Complaint and refers all questions of law to the Court.
62. Denies each and every allegation set forth in paragraph numbered "62" of the Complaint.
63. Denies each and every allegation set forth in paragraph numbered "63" of the Complaint.
64. Denies each and every allegation set forth in paragraph numbered "64" of the Complaint.
65. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "65" of the Complaint.
66. Denies any and all wrongdoing alleged in paragraph numbered "66" of the Complaint.

67. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "67" of the Complaint.
68. Denies any and all wrongdoing alleged in paragraph numbered "68" of the Complaint.
69. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "69" of the Complaint.
70. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "70" of the Complaint.
71. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "71" of the Complaint.
72. Denies each and every allegation set forth in paragraph numbered "72" of the Complaint.
73. Denies each and every allegation set forth in paragraph numbered "73" of the Complaint.
74. Denies each and every allegation set forth in paragraph numbered "74" of the Complaint.
75. Denies each and every allegation set forth in paragraph numbered "75" of the Complaint.
76. Denies each and every allegation set forth in paragraph numbered "76" of the Complaint.
77. Denies each and every allegation set forth in paragraph numbered "77" of the Complaint and refers all questions of law to the Court.
78. Denies each and every allegation set forth in paragraph numbered "78" of the Complaint.
79. Denies each and every allegation set forth in paragraph numbered "79" of the Complaint.
80. Denies each and every allegation set forth in paragraph numbered "80" of the Complaint.
81. Denies each and every allegation set forth in paragraph numbered "81" of the Complaint.
82. Denies each and every allegation set forth in paragraph numbered "82" of the Complaint.
83. Denies each and every allegation set forth in paragraph numbered "83" of the Complaint.
84. Denies each and every allegation set forth in paragraph numbered "84" of the Complaint.

85. Denies each and every allegation set forth in paragraph numbered "85" of the Complaint.

86. Denies each and every allegation set forth in paragraph numbered "86" of the Complaint.

87. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "87" of the Complaint.

**AS AND FOR A RESPONSE TO "COUNT I"**
**VIOLATION OF THE FREE EXERCISE CLAUSE OF THE FIRST AMENDMENT**
**(Against All Defendants)**

88. In response to paragraph numbered "88" of the Complaint, County Defendants repeat, reiterate and reallege each and every denial hereinabove set forth with regard to paragraphs numbered "1" through "87" of the Complaint as if fully set forth at length herein.

89. Denies each and every allegation set forth in paragraph numbered "89" of the Complaint and refers all questions of law to the Court.

90. Denies each and every allegation set forth in paragraph numbered "90" of the Complaint and refers all questions of law to the Court.

91. Denies each and every allegation set forth in paragraph numbered "91" of the Complaint.

**AS AND FOR A RESPONSE TO "COUNT II"**
**VIOLATION OF THE EQUAL PROTECTION CLAUSE OF THE FOURTEENTH AMENDMENT**
**(Against All Defendants)**

92. In response to paragraph numbered "92" of the Complaint, County Defendants repeat, reiterate and reallege each and every denial hereinabove set forth with regard to paragraphs numbered "1" through "91" of the Complaint as if fully set forth at length herein.

93. Denies each and every allegation set forth in paragraph numbered "93" of the Complaint and refers all questions of law to the Court.

94. Denies each and every allegation set forth in paragraph numbered "94" of the Complaint and refers all questions of law to the Court.

95. Denies each and every allegation set forth in paragraph numbered "95" of the Complaint.

**AS AND FOR A RESPONSE TO "COUNT III"**
**VIOLATION OF THE ESTABLISHMENT CLAUSE OF THE FIRST AMENDMENT**
**(Against All Defendants)**

96. In response to paragraph numbered "96" of the Complaint, County Defendants repeat, reiterate and reallege each and every denial hereinabove set forth with regard to paragraphs numbered "1" through "95" of the Complaint as if fully set forth at length herein.

97. Denies each and every allegation set forth in paragraph numbered "97" of the Complaint.

98. Denies each and every allegation set forth in paragraph numbered "98" of the Complaint and refers all questions of law to the Court.

99. Denies each and every allegation set forth in paragraph numbered "99" of the Complaint.

**AS AND FOR A RESPONSE TO "COUNT IV"**
**VIOLATION OF THE ADA AND THE REHABILITATION ACT**
**(Against All Defendants)**

100. In response to paragraph numbered "100" of the Complaint, County Defendants repeat, reiterate and reallege each and every denial hereinabove set forth with regard to paragraphs numbered "1" through "99" of the Complaint as if fully set forth at length herein.

101. Denies each and every allegation set forth in paragraph numbered "101" of the Complaint and refers all questions of law to the Court.

102. Denies each and every allegation set forth in paragraph numbered "102" of the Complaint and refers all questions of law to the Court.

103. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "103" of the Complaint.

104. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "104" of the Complaint.

105. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "105" of the Complaint and refers all questions of law to the Court.

106. Denies each and every allegation set forth in paragraph numbered "106" of the Complaint and refers all questions of law to the Court.

107. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "107" of the Complaint and refers all questions of law to the Court.

108. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "108" of the Complaint and refers all questions of law to the Court.

109. Denies each and every allegation set forth in paragraph numbered "109" of the Complaint and refers all questions of law to the Court.

110. Denies each and every allegation set forth in paragraph numbered "110" of the Complaint.

111. Denies each and every allegation set forth in paragraph numbered "111" of the Complaint.

112. Denies each and every allegation set forth in paragraph numbered "112" of the Complaint and refers all questions of law to the Court.

113. Denies each and every allegation set forth in paragraph numbered "113" of the Complaint and refers all questions of law to the Court.

114. Denies each and every allegation set forth in paragraph numbered "114" of the Complaint.

115. Denies each and every allegation set forth in paragraph numbered "115" of the Complaint and refers all questions of law to the Court.

116. Denies each and every allegation set forth in paragraph numbered "116" of the Complaint and refers all questions of law to the Court.

117. Denies each and every allegation set forth in paragraph numbered "117" of the Complaint.

**AS AND FOR A RESPONSE TO "COUNT V"**
**VIOLATION OF THE RELIGIOUS LAND USE**
**AND INSTITUTIALIZED PERSONS ACT (RLUIPA)**
**(Against All Defendants)**

118. In response to paragraph numbered "118" of the Complaint, County Defendants repeat, reiterate and reallege each and every denial hereinabove set forth with regard to paragraphs numbered "1" through "117" of the Complaint as if fully set forth at length herein.

119. Denies each and every allegation set forth in paragraph numbered "119" of the Complaint.

120. Denies each and every allegation set forth in paragraph numbered "120" of the Complaint.

121. Denies each and every allegation set forth in paragraph numbered "121" of the Complaint and refers all questions of law to the Court.

122. Denies each and every allegation set forth in paragraph numbered "122" of the Complaint and refers all questions of law to the Court.

123. Denies each and every allegation set forth in paragraph numbered "123" of the Complaint and refers all questions of law to the Court.

124. Denies each and every allegation set forth in paragraph numbered "124" of the Complaint and refers all questions of law to the Court.

125. Denies each and every allegation set forth in paragraph numbered "125" of the Complaint and refers all questions of law to the Court.

126. Denies each and every allegation set forth in paragraph numbered "126" of the Complaint and refers all questions of law to the Court.

127. Denies each and every allegation set forth in paragraph numbered "127" of the Complaint.

128. Denies each and every allegation set forth in paragraph numbered "128" of the Complaint.

**AS AND FOR A RESPONSE TO "COUNT VI"**
**DELIBERATE INDIFFERENCE TO PAST, CURRENT, AND ONGOING UNCONSTITUTIONAL CONDITIONS AT NCCC UNDER THE EIGHTH AND FOURTEENTH AMENDMENTS**
**(Against All Defendants)**

129. In response to paragraph numbered "129" of the Complaint, County Defendants repeat, reiterate and reallege each and every denial hereinabove set forth with regard to paragraphs numbered "1" through "128" of the Complaint as if fully set forth at length herein.

130. Denies each and every allegation set forth in paragraph numbered "130" of the Complaint and refers all questions of law to the Court.

131. Denies any and all wrongdoing alleged in paragraph numbered "131" of the Complaint and refers all questions of law to the Court.

132. Denies any and all wrongdoing alleged in paragraph numbered "132" of the Complaint and refers all questions of law to the Court.

133. Denies each and every allegation set forth in paragraph numbered "133" of the Complaint.

134. Denies each and every allegation set forth in paragraph numbered "134" of the Complaint and refers all questions of law to the Court.

135. Denies each and every allegation set forth in paragraph numbered "135" of the Complaint.

**AS AND FOR A RESPONSE TO "COUNT VII"**
**VIOLATION OF PLAINTIFF'S FOUTH, EIGHTH, AND FOURTEENTH AMENDMENT RIGHTS FOR FAILURE TO SUPERVISE AND FAILURE TO TRAIN**
**(Against Defendants COUNTY and LaROCCO)**

136. In response to paragraph numbered "136" of the Complaint, County Defendants repeat, reiterate and reallege each and every denial hereinabove set forth with regard to paragraphs numbered "1" through "135" of the Complaint as if fully set forth at length herein.

137. Denies each and every allegation set forth in paragraph numbered "137" of the Compliant.

138. Denies each and every allegation set forth in paragraph numbered "138" of the Complaint except aver that ANTHONY LaROCCO and CORPORAL KNIGHT were employed by Nassau County.

139. Denies each and every allegation set forth in paragraph numbered "139" of the Complaint except aver that ANTHONY LaROCCO and CORPORAL KNIGHT were employed by Nassau County.

140. Denies each and every allegation set forth in paragraph numbered "140" of the Compliant.

141. Denies each and every allegation set forth in paragraph numbered "141" of the Compliant.

142. Denies each and every allegation set forth in paragraph numbered "142" of the Compliant.

143. Denies each and every allegation set forth in paragraph numbered "143" of the Compliant.

144. Denies each and every allegation set forth in paragraph numbered "144" of the Compliant.

145. Denies each and every allegation set forth in paragraph numbered "145" of the Compliant.

146. Denies each and every allegation set forth in paragraph numbered "146" of the Compliant.

147. Denies each and every allegation set forth in paragraph numbered "147" of the Complaint and refers all questions of law to the Court.

148. Denies each and every allegation set forth in paragraph numbered "148" of the Complaint and refers all questions of law to the Court.

149. Denies each and every allegation set forth in paragraph numbered "149" of the Compliant.

150. Denies each and every allegation set forth in paragraph numbered “150” of the Compliant.

151. Denies each and every allegation set forth in paragraph numbered “151” of the Complaint and refers all questions of law to the Court.

152. Denies each and every allegation set forth in paragraph numbered “152” of the Compliant.

**AS AND FOR A RESPONSE TO “COUNT VIII”**
**DENIAL AND FAILURE TO PROVIDE MEDICAL TREATMENT PURSUANT TO THE EIGHTH AND FOURTEENTH AMENDMENTS**
**(Against All Defendants)**

153. In response to paragraph numbered “153” of the Complaint, County Defendants repeat, reiterate and reallege each and every denial hereinabove set forth with regard to paragraphs numbered “1” through “152” of the Complaint as if fully set forth at length herein.

154. Denies each and every allegation set forth in paragraph numbered “154” of the Complaint except aver that Nassau County provides and administers health and medical services to Plaintiff and other NCCC pre-trial detainees.

155. Denies each and every allegation set forth in paragraph numbered “155” of the Complaint except aver that Nassau County provides and administers health and medical services to Plaintiff and other NCCC pre-trial detainees.

156. Denies each and every allegation set forth in paragraph numbered “156” of the Compliant.

157. Denies each and every allegation set forth in paragraph numbered “157” of the Compliant.

158. Denies each and every allegation set forth in paragraph numbered “158” of the Complaint and refers all questions of law to the Court.

159. Denies each and every allegation set forth in paragraph numbered “159” of the Compliant.

160. Denies each and every allegation set forth in paragraph numbered “160” of the Compliant.

161. Denies each and every allegation set forth in paragraph numbered “161” of the Compliant.

162. Denies each and every allegation set forth in paragraph numbered "162" of the Compliant.

163. Denies each and every allegation set forth in paragraph numbered "163" of the Compliant.

164. Denies each and every allegation set forth in paragraph numbered "164" of the Compliant.

165. Denies each and every allegation set forth in paragraph numbered "165" of the Complaint and refers all questions of law to the Court.

166. Denies each and every allegation set forth in paragraph numbered "166" of the Compliant.

167. Denies each and every allegation set forth in paragraph numbered "167" of the Compliant.

**AS AND FOR A RESPONSE TO "COUNT IX"**
**MONELL**
**(Against Defendants COUNTY and LaROCCO)**

168. In response to paragraph numbered "168" of the Complaint, County Defendants repeat, reiterate and reallege each and every denial hereinabove set forth with regard to paragraphs numbered "1" through "167" of the Complaint as if fully set forth at length herein.

169. Denies each and every allegation set forth in paragraph numbered "169" of the Complaint and refers all questions of law to the Court.

170. Denies each and every allegation set forth in paragraph numbered "170" of the Complaint and refers all questions of law to the Court.

171. Denies each and every allegation set forth in paragraph numbered "171" of the Complaint and refers all questions of law to the Court.

172. Denies each and every allegation set forth in paragraph numbered "172" of the Complaint and refers all questions of law to the Court.

173. Denies each and every allegation set forth in paragraph numbered "173" of the Compliant.

174. Denies each and every allegation set forth in paragraph numbered "174" of the Compliant.

175. Denies each and every allegation set forth in paragraph numbered “175” of the Compliant.

176. Denies each and every allegation set forth in paragraph numbered “176” of the Compliant.

177. Denies each and every allegation set forth in paragraph numbered “177” of the Compliant.

178. Denies each and every allegation set forth in paragraph numbered “178” of the Complaint and refers all questions of law to the Court.

179. Denies each and every allegation set forth in paragraph numbered “179” of the Complaint and refers all questions of law to the Court.

180. Denies any and all wrongdoing alleged in paragraph numbered “180” of the Complaint and refers all questions of law to the Court.

181. Denies each and every allegation set forth in paragraph numbered “181” of the Compliant.

182. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph “182” of the Complaint and refers all questions of law to the Court.

183. Denies allegations in paragraph numbered “183” of the Complaint and refers all questions of law to the Court.

184. Denies allegations in paragraph numbered “184” of the Complaint and refers all questions of law to the Court.

185. Denies each and every allegation set forth in paragraph numbered “185” of the Compliant.

**AS AND FOR A RESPONSE TO “COUNT X”**
**NEGLIGENT/ GROSS NEGLIGENT HIRING, RETENTION, TRAINING, AND SUPERVISION (PENDENT)**
**(Against Defendants COUNTY and LaROCCO)**

186. In response to paragraph numbered “186” of the Complaint, County Defendants repeat, reiterate and reallege each and every denial hereinabove set forth with regard to paragraphs numbered “1” through “185” of the Complaint as if fully set forth at length herein.

187. Denies each and every allegation set forth in paragraph numbered "187" of the Compliant.

188. Denies each and every allegation set forth in paragraph numbered "188" of the Compliant.

189. Denies each and every allegation set forth in paragraph numbered "189" of the Compliant.

190. Denies each and every allegation set forth in paragraph numbered "190" of the Compliant.

191. Denies any and all wrongdoing alleged in paragraph numbered "191" of the Complaint and refers all questions of law to the Court.

192. Denies any and all wrongdoing alleged in paragraph numbered "192" of the Complaint and refers all questions of law to the Court.

193. Denies each and every allegation set forth in paragraph numbered "193" of the Complaint and refers all questions of law to the Court.

194. Denies each and every allegation set forth in paragraph numbered "194" of the Compliant.

195. Denies each and every allegation set forth in paragraph numbered "195" of the Compliant.

196. Denies each and every allegation set forth in paragraph numbered "196" of the Complaint and refers all questions of law to the Court.

**AS AND FOR A RESPONSE TO "COUNT XI"**
**INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS (PENDENT)**
**(Against Defendants LaROCCO, KNIGHT, and DOES)**

197. In response to paragraph numbered "197" of the Complaint, County Defendants repeat, reiterate and reallege each and every denial hereinabove set forth with regard to paragraphs numbered "1" through "196" of the Complaint as if fully set forth at length herein.

198. Denies each and every allegation set forth in paragraph numbered "198" of the Complaint and refers all questions of law to the Court.

199. Denies each and every allegation set forth in paragraph numbered "199" of the Compliant.

200. Denies each and every allegation set forth in paragraph numbered "200" of the Compliant.

201. Denies each and every allegation set forth in paragraph numbered "201" of the Compliant.

202. Denies each and every allegation set forth in paragraph numbered "202" of the Complaint and refers all questions of law to the Court.

**AS AND FOR A RESPONSE TO "COUNT XII"**
**PENDANT STATE CLAIM – RESPONDEAT SUPERIOR**
**(Against Defendant COUNTY)**

203. In response to paragraph numbered "203" of the Complaint, County Defendants repeat, reiterate and reallege each and every denial hereinabove set forth with regard to paragraphs numbered "1" through "202" of the Complaint as if fully set forth at length herein.

204. Denies each and every allegation set forth in paragraph numbered "204" of the Complaint and refers all questions of law to the Court.

205. Denies each and every allegation set forth in paragraph numbered "205" of the Complaint and refers all questions of law to the Court.

**AS AND FOR A RESPONSE TO "JURY DEMAND"**

206. Denies each and every allegation set forth in paragraph numbered "206" of the Complaint and refers all questions of law to the Court.

**AS AND FOR A RESPONSE TO "PRAYER FOR RELIEF"**

**WHEREFORE CLAUSE**

Denies allegations contained in paragraph numbered A of the complaint.

Denies allegations contained in paragraph numbered B of the complaint.

Denies allegations contained in paragraph numbered C of the complaint.

Denies allegations contained in paragraph numbered D of the complaint.

Denies allegations contained in paragraph numbered E of the complaint.

Denies allegations contained in paragraph numbered F of the complaint.

Denies allegations contained in paragraph numbered G of the complaint.

Denies allegations contained in paragraph numbered H of the complaint.

Denies allegations contained in paragraph numbered I of the complaint.

Denies allegations contained in paragraph numbered J of the complaint.

Denies allegations contained in paragraph numbered K of the complaint.

Denies allegations contained in paragraph numbered L of the complaint.

Denies allegations contained in paragraph numbered M of the complaint.

## AFFIRMATIVE DEFENSES

### AS AND FOR A FIRST AFFIRMATIVE DEFENSE

That should plaintiff recover damages as a result of finding of liability in whole or in part as against the defendant COUNTY OF NASSAU such recovery should be reduced and diminished in proportion to the degree of comparative negligence of plaintiff in contributing to such damages.

### AS AND FOR A SECOND AFFIRMATIVE DEFENSE

Plaintiff has not complied with §§ 50-e, 50-h, and/or § 50-i of the General Municipal Law of the State of New York.

### AS AND FOR A THIRD AFFIRMATIVE DEFENSE

The Plaintiff fails to state a cause of action as against defendant COUNTY OF NASSAU upon which relief can be granted.

### AS AND FOR A FOURTH AFFIRMATIVE DEFENSE

That at all times herein mentioned, and mentioned in the complaint, all correctional officers, agents, servants, and/or employees of the defendant COUNTY OF NASSAU, having anything to do with the plaintiff, were in the performance of their respective duties as correctional officers, agents, servants, and/or employees of the aforesaid defendant; that all of the acts of

such persons as correctional officers, agents, servants, and/or employees of the aforesaid defendant in connection with the arrest and confinement of the plaintiff were performed in good faith, without malice, and with reasonable and probable cause in the ordinary course of their duties as correctional officers, agents, servants, and/or employees of the defendant COUNTY OF NASSAU and/or as required by such persons by reason of the conduct of the plaintiff in the aforementioned arrest and confinement.

**AS AND FOR A FIFTH AFFIRMATIVE DEFENSE**

The actions complained of were in full accord with the applicable law.

**AS AND FOR A SIXTH AFFIRMATIVE DEFENSE**

The alleged acts of conduct of the named defendant herein, under the case of *Monell v. New York City Department of Social Services*, does not create vicarious liability pursuant to the doctrine of repondeat superior and consequently, Nassau County cannot be liable for any acts or conduct of any individual defendant herein as a matter of law.

**AS AND FOR A SEVENTH AFFIRMATIVE DEFENSE**

Plaintiff's constitutional and statutory rights have not been violated by the named defendants herein.

**AS AND FOR AN EIGHTH AFFIRMATIVE DEFENSE**

That if the plaintiff sustained the damages as alleged in the complaint, such damages were sustained solely through and by virtue of the negligent conduct of the plaintiff without any negligence on the part of defendant COUNTY OF NASSAU, its agents, servants, or employees contributing thereto.

**AS AND FOR A NINTH AFFIRMATIVE DEFENSE**

Punitive damages may not be recovered against the COUNTY OF NASSAU as a matter of law.

**WHEREFORE,** the Defendants, COUNTY OF NASSAU, NASSAU COUNTY SHERIFF ANTHONY J. LAROCCA, in his individual and official capacities, CORPORAL KNIGHT demands judgment dismissing the complaint herein, and/or if judgment is rendered against the Defendants, together with the costs and disbursements of this action.

Dated: August 21, 2026
Mineola, New York

THOMAS A. ADAMS
County Attorney of Nassau County

*Mohammad A. Tahir*

Mohammad A. Tahir
Deputy County Attorney
*Attorneys for Nassau*
*County Defendants*
One West Street
Mineola, New York 11501